# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | | |
|---|---|---|
| DERRICK REESE | ) | |
| | ) | |
| v. | ) | CR 609-35 |
| | ) | |
| UNITED STATES OF AMERICA | ) | |

## ORDER

Derrick Reese previously moved this Court to modify his term of imprisonment pursuant to 18 U.S.C. § 3582(c). Doc. 95. He contended that Amendment 782 to the United States Sentencing Guidelines Manual -- which retroactively reduced most drug quantity base offense levels by two -- required a reduction in his sentence. *Id.* As the Court informed him then, that Amendment does not apply to him because of career offender status. Doc. 100-1; *see also United States v. Williams*, 2015 WL 1607967 at * 2 (N.D. Ill. Apr. 9, 2015) ("Since Williams was properly sentenced as a career offender, we find that Amendment 782 does not entitle Williams to a further reduction in his sentence."); *accord United States v. Collins*, 2015 WL 1605165 at * 1 (E.D. Tenn. Apr. 9, 2015).

Now Reese moves to "rehear" that motion, but in doing so ignores the "career offender" roadblock. Doc. 108. His motion is **DENIED** in part but **GRANTED** to this extent: In affirming its prior denial, the Court clarifies that it has considered the factors listed in 18 U.S.C. § 3553(a).

So ORDERED, this 3 day of September, 2015.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA